**STATE of Missouri, Respondent,**

v.

**Deitra Y. COLE, Appellant.**

**No. WD 60127.**

Missouri Court of Appeals, Western District.

June 11, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 25, 2002.

Application for Transfer Denied Sept. 24, 2002.

Rosalynn Koch, Asst. Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for Respondent.

Before VICTOR C. HOWARD, P.J., EDWIN H. SMITH and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

Ms. Deitra Y. Cole appeals her conviction for two counts of possession of a controlled substance with intent to distribute, under § 195.211, RSMo 2000.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 30.25(b).